| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Whaley, Robert H | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>07/06/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 283<br>Spokane, WA 99210-0283 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUL 10 A 10: 02 FINANCIAL

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Winston & Cashatt, Consulting Fee |
| 2. | 2005 | Winston & Cashatt Law Firm, Salary |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Whaley, Robert H | . | 07/06/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INVESTMENTS ULTRA ACCOUNT: | | | | | | | | | |
| 2. -Nokia Corporation ADR Common Stock | A | Dividend | | | Sold | 11-04 | J | D | |
| 3. -Fidelity Contrafund Mutual Fund | A | Dividend | K | T | | | | | |
| 4. -Fidelity Dividend Growth Mutual Fund | A | Dividend | K | T | Part Sold | 2-22 | J | B | |
| 5. -Fidelity Dividend Growth Mutual Fund | A | Dividend | K | T | Part Sold | 8-01 | J | B | |
| 6. -American Investment Company of America CL A Mutual Fund | A | Dividend | K | T | Part Sold | 2-22 | J | B | |
| 7. -American Investment Company of America CL A | A | Dividend | | | Sold | 8-01 | J | B | |
| 8. -Core Cash Account | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. SMITH BARNEY: | | | | | | | | | |
| 11. -Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 12. -AMNEX, Inc. NEW Common Stock | | None | | | | | | | See VIII |
| 13. -Ford Motor Company Capital TR Preferred Stock | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. FRANKLIN TEMPLETON: | | | | | | | | | |
| 17. -Templeton Developing Markets Trust Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5.000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHASEMELLON: | | | | | | | | | |
| 19. -Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. NATIONAL SECURITIES CORPORATION: | | | | | | | | | |
| 22. -Montana Precision Mining Ltd. Common Stock | | None | J | T | | | | | |
| 23. | | | | | | | | | |
| 24. FIDELITY INVESTMENTS: | | | | | | | | | |
| 25. -Fidelity Canada | A | Dividend | K | T | Buy | 8-01 | K | | See VIII |
| 26. -Fidelity Diversified International | B | Dividend | L | T | Buy | 8-01 | K | | See VIII |
| 27. -Fidelity Small Cap Stock | B | Dividend | K | T | | | | | |
| 28. -Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 29. -Fidelity Contrafund Mutual Fund | B | Dividend | L | T | | | | | |
| 30. -Fidelity Magellan Mutual Fund | A | Dividend | | | Sold | 8-01 | K | E | See VIII |
| 31. -Fidelity Balanced | B | Dividend | K | T | Buy | 8-01 | K | | See VIII |
| 32. -Fidelity Low Priced Stock | B | Dividend | K | T | | | | | |
| 33. -Fidelity Dividend Growth Mutual Fund | A | Dividend | K | T | Part Sold | 8-01 | L | E | See VIII |
| 34. -Fidelity Export & Multinational | B | Dividend | K | T | Buy | 8-01 | K | | See VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SMITH BARNEY PROFIT SHARING #1 ACCOUNT: | | | | | | | | | |
| 36. -SB Money Funds Govt Port CL A | A | Dividend | J | T | | | | | |
| 37. -Amnex, Inc. New Common Stock | | None | | | | | | | See VIII |
| 38. -Cisco Systems Inc. Common Stock | | None | J | T | | | | | |
| 39. -EMC Corp. Common Stock | | None | J | T | | | | | |
| 40. -Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 41. -Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 42. -Time Warner Inc. Common Stock | A | Dividend | J | T | | | | | |
| 43. -Salomon Bros Cap & Income Fd Inc Mutual Fund | A | Dividend | | | Sold | 2-28 | L | | |
| 44. -Calamos Growth Fund Cl B Mutual Fund | B | Dividend | L | T | | | | | |
| 45. -FPA Perennial Fund Mutual Fund | B | Dividend | K | T | | | | | |
| 46. -First Eagle Global Fund Class A | C | Dividend | L | T | Buy | 2-28 | L | | |
| 47. -MTB Small Cap Growth Fund Cl A Mutual Fund | A | Dividend | K | T | | | | | |
| 48. -Russell Multi Manager Principal Protected Fd Cl B Mutual Fd | C | Dividend | L | T | | | | | |
| 49. -Smith Barney Classic Values Fund Class B Mutual Fund | C | Dividend | K | T | | | | | |
| 50. -Van Kampen Equity and Income Fund Class C Mutual Fund | B | Dividend | K | T | | | | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SMITH BARNEY PROFIT SHARING #2 ACCOUNT: | | | | | | | | | |
| 53. -SB Money Funds Govt Port Class A | A | Dividend | J | T | | | | | |
| 54. -Advanced Remote Communications Solutions Inc. Common Stock | | None | J | T | | | | | |
| 55. -MPM Technologies, Inc. Common Stock | | None | J | T | | | | | |
| 56. -Nuveen Floating Rate Income Opportunity Fd Mutual Fund | A | Dividend | | | Sold | 4-21 | K | | |
| 57. -Eaton Vance Tax-Managed Buy Write Income Fund | B | Dividend | K | T | Buy | 4-26 | K | | |
| 58. -SunAmerica Focused Large-Cap Growth Class B Mutual Fund | | None | L | T | | | | | |
| 59. -Van Kampen Equity and Income Fund Class C Mutual Fund | A | Dividend | J | T | | | | | |
| 60. | | | | | | | | | |
| 61. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 62. -Fidelity Canada Mutual Fund | A | Dividend | K | T | | | | | |
| 63. -Fidelity Low Priced Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 64. -Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |
| 65. -Fidelity Select Technology Mutual Fund | | None | J | T | | | | | |
| 66. -Fidelity Select Develop Communications Mutual Fund | | None | J | T | | | | | |
| 67. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 68. -Fidelity Int'l Discovery Mutual Fund | B | Dividend | K | T | Exchange | 8-01 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 70. -Fidelity Select Electronics Mutual Fund | | None | | | Redemption | 8-01 | K | | |
| 71. -Fidelity Select Computers Mutual Fund | | None | J | T | | | | | See VIII |
| 72. -Fidelity Export & Multinational Mutual Fund | A | Dividend | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. ST. JUD. RETIREMENT (FIDELITY INDEPENDENCE FUND) Mutual Fund | A | Dividend | L | T | | | | | |
| 75. | | | | | | | | | |
| 76. SMITH BARNEY: | | | | | | | | | |
| 77. -SB Money Funds Govt Port CL A | A | Dividend | | | transferred | 11-14 | J | | See VIII |
| 78. -Amgen Inc. Common Stock | | None | | | transferred | 11-14 | K | | See VIII |
| 79. -Benj Franklin Svgs & Loan Assn Common Stock | | None | | | transferred | 11-14 | J | | See VIII |
| 80. -Cisco Systems Inc. Common Stock | | None | | | transferred | 11-14 | J | | See VIII |
| 81. -Walt Disney Holding Co. Common Stock | A | Dividend | | | transferred | 11-14 | J | | See VIII |
| 82. -Time Warner Inc. Common Stock | A | Dividend | | | transferred | 11-14 | J | | See VIII |
| 83. -Zimmer Holdings Inc. Common Stock | | None | | | transferred | 11-14 | J | | See VIII |
| 84. -Eaton Vance Tax Advantaged Dividend Income Fund Mutual Fund | B | Dividend | | | transferred | 11-14 | K | | See VIII |
| 85. -American Balanced Fund Class C Mutual Fund | A | Dividend | | | transferred | 11-14 | K | | See VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Calamos Growth Fd Cl C Mutual Fund | | None | | | transferred | 11-14 | K | | See VIII |
| 87. -Growth Fund of America Class C Mutual Fund | | None | | | transferred | 11-14 | L | | See VIII |
| 88. | | | | | | | | | |
| 89. FIDELITY INVESTMENTS: | | | | | | | | | |
| 90. -Amgen Inc. Common Stock | | None | K | T | transferred | 11-14 | K | | See VIII |
| 91. -Benjamin Franklin Fed S&L Ass'n Common Stock | | None | J | T | transferred | 11-14 | J | | See VIII |
| 92. -Cisco Sys Inc Common Stock | | None | | | transferred | 11-14 | J | | See VIII |
| 93. -Cisco Sys Inc Common Stock | | None | | | Sold | 12-06 | J | | |
| 94. -Walt Disney Common Stock | A | Dividend | | | transferred | 11-14 | J | | See VIII |
| 95. -Walt Disney Common Stock | A | Dividend | | | Sold | 12-06 | J | | |
| 96. -Eaton Vance Tax Advantage Div Income Fd | A | Dividend | K | T | transferred | 11-14 | K | | See VIII |
| 97. -Time Warner Inc Common Stock | A | Dividend | | | transferred | 11-14 | · J | | See VIII |
| 98. -Time Warner Inc Common Stock | A | Dividend | | | Sold | 12-06 | J | | |
| 99. -Zimmer Holdings Inc. Common Stock | | None | J | T | transferred | 11-14 | J | | See VIII |
| 100. -Fidelity International Discovery | A | Dividend | J | T | | | | | |
| 101. -Fidelity Canada | A | Dividend | J | T | | | | | |
| 102. -Fidelity Diversified International | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Fidelity Small Cap Independence | | None | J | T | Buy | 12-09 | J | | |
| 104. -Fidelity Small Cap Stock | B | Dividend | K | T | | | | | |
| 105. -Fidelity Capital & Income | A | Dividend | J | T | Buy | 12-14 | J | | |
| 106. -Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 107. -Fidelity Mid Cap Growth | A | Dividend | J | T | Buy | 12-09 | J | | |
| 108. -Fidelity Balanced | B | Dividend | K | T | | | | | |
| 109. -Fidelity Low-Priced Stock | C | Dividend | L | T | | | | | |
| 110. -Fidelity Dividend Growth | A | Dividend | K | T | | | | | |
| 111. -Fidelity Leveraged Company Stock | A | Dividend | K | T | | | | | |
| 112. -Fidelity Select Technology | | None | J | T | | | | | |
| 113. -Fidelity Export & Multinational | B | Dividend | K | T | | | | | |
| 114. -Fidelity Value | | None | J | T | Buy | 12-09 | J | | |
| 115. -American Balanced Class C | A | Dividend | K | T | transferred | 11-14 | K | | See VIII |
| 116. -Calamos Growth Fund Class C | B | Dividend | L | T | transferred | 11-14 | K | | See VIII |
| 117. -American Growth Fund of America Class C | A | Dividend | L | T | transferred | 11-14 | L | | See VIII |
| 118. -Vanguard Index Trust S&P Port | A | Dividend | K | T | | | | | |
| 119. -Fidelity Cash Reserves | A | Dividend | J | T | transferred | 11-14 | J | | See VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 121. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 122. -Microsoft Corp. Common Stock | A | Dividend | K | T | Part Sold | 12-06 | K | D | |
| 123. -Fidelity Intl Small Cap Opp Fund | A | Dividend | J | T | Buy | 12-09 | J | | |
| 124. -Fidelity Diversified International Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 125. -Fidelity Small Cap Stock | | None | J | T | Buy | 12-09 | J | | |
| 126. -Fidelity Capital Appreciation | A | Dividend | J | T | Buy | 12-09 | J | | |
| 127. -Fidelity Large Cap Value | A | Dividend | J | T | Buy | 12-09 | J | | |
| 128. -Fidelity Total Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 129. -Fidelity Balanced | | None | J | T | Buy | 12-14 | J | | |
| 130. -Fidelity Leveraged Company Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 131. -Fidelity Select Technology Mutual Fund | | None | J | T | | | | | |
| 132. -Fidelity Select Health Care Mutual Fund | A | Dividend | J | T | | | | | |
| 133. -Fidelity Select Electronics Mutual Fund | | None | J | T | | | | | |
| 134. -Fidelity Select Computers Mutual Fund | | None | | | Sold | 12-02 | J | | |
| 135. -Oakmark Select Mutual Fund | A | Dividend | J | T | | | | | |
| 136. -Templeton Foreign Class A Mutual Fund | A | Dividend | | | Sold | 12-06 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard Growth Index Mutual Fund | A | Dividend | J | T | | | | | |
| 138. | | | | | | | | | |
| 139. SMITH BARNEY: | | | | | | | | | |
| 140. -Aim Equity - Constellation Mutual Fund | | None | J | T | | | | | |
| 141. -Fidelity Advisor Growth Opportunities Mutual Fd | | None | | | Sold | 7-25 | J | | |
| 142. -Calamos Growth Fund | | None | J | T | Buy | 11-25 | J | | |
| 143. | | | | | | | | | |
| 144. VAN KAMPEN: | | | | | | | | | |
| 145. -Enterprise Fund A Mutual Fund | | None | J | T | | | | | |
| 146. | | | | | | | | | |
| 147. Ltd. Partner, Deming & Ass., Roswell, NM (HUD Project) | | None | J | W | | | | | |
| 148. | | | | | | | | | |
| 149. Lot & House, Laclede, ID | | None | O | W | | | | | |
| 150. | | | | | | | | | |
| 151. MassMutual: GP Life at 69 | A | Dividend | K | T | | | | | |
| 152. | | | | | | | | | |
| 153. MassMutual: Whole Life | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. TRUST #1(Fidelity)(X) | | | | | | | | | |
| 155. - Fidelity Municipal Money Market Fund (X) | A | Interest | L | T | Buy | 2-08 | L | | |
| 156. - Fidelity Municipal Money Market Fund (X) | A | Interest | J | T | Part Sold | 2-24 | K | A | |
| 157. - Fidelity Municipal Money Market Fund (X) | A | Interest | J | T | Buy | 4-19 | J | | |
| 158. - Fidelity Municipal Money Market Fund (X) | A | Interest | J | T | Part Sold | 6-03 | J | A | |
| 159. - Fidelity Municipal Money Market Fund (X) | A | Interest | J | T | Part Sold | 7-27 | K | A | |
| 160. - Fidelity Balanced Mutual Fund (X) | A | Dividend | J | T | Buy | 2-24 | J | | |
| 161. - Fidelity Balanced Mutual Fund (X) | A | Dividend | J | T | Buy | 6-03 | J | | |
| 162. - Fidelity Balanced Mutual Fund (X) | A | Dividend | J | T | Buy | 7-27 | J | | |
| 163. - Fidelity Contrafund Mutual Fund (X) | A | Dividend | J | T | Buy | 2-24 | J | | |
| 164. - Fidelity Contrafund Mutual Fund (X) | A | Dividend | J | T | Buy | 6-03 | J | | |
| 165. - Fidelity Contrafund Mutual Fund (X) | A | Dividend | J | T | Buy | 7-27 | J | | |
| 166. - Fidelity Dividend Growth Mutual Fund (X) | A | Dividend | J | T | Buy | 2-24 | J | | |
| 167. - Fidelity Dividend Growth Mutual Fund (X) | A | Dividend | J | T | Buy | 6-03 | J | | |
| 168. - Fidelity Dividend Growth Mutual Fund (X) | A | Dividend | J | T | Buy | 7-27 | J | | |
| 169. - Fidelity Export & Multint'l Mutual Fund (X) | A | Dividend | J | T | Buy | 2-24 | J | | |
| 170. - Fidelity Export & Multint'l Mutual Fund (X) | A | Dividend | J | T | Buy | 6-03 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Fidelity Export & Multint'l Mutual Fund (X) | A | Dividend | J | T | Buy | 7-27 | J | | |
| 172. - Fidelity Canada Mutual Fund (X) | A | Dividend | J | T | Buy | 2-24 | J | | |
| 173. - Fidelity Canada Mutual Fund (X) | A | Dividend | J | T | Buy | 6-03 | J | | |
| 174. - Fidelity Canada Mutual Fund (X) | A | Dividend | J | T | Buy | 7-27 | J | | |
| 175. - Fidelity Int'l Discovery Mutual Fund (X) | A | Dividend | J | T | Buy | 2-24 | J | | |
| 176. - Fidelity Int'l Discovery Mutual Fund (X) | A | Dividend | J | T | Buy | 6-03 | J | | |
| 177. - Fidelity Int'l Discovery Mutual Fund (X) | A | Dividend | J | T | Buy | 7-27 | J | | |
| 178. - Fidelity Strategic Income Mutual Fund (X) | A | Dividend | J | T | Buy | 2-24 | J | | |
| 179. - Fidelity Strategic Income Mutual Fund (X) | A | Dividend | J | T | Buy | 6-03 | J | | |
| 180. - Fidelity Strategic Income Mutual Fund (X) | A | Dividend | J | T | Buy | 7-27 | J | | |
| 181. - Fidelity Small Cap Stock Mutual Fund (X) | A | Dividend | J | T | Buy | 2-24 | J | | |
| 182. - Fidelity Small Cap Stock Mutual Fund (X) | A | Dividend | J | T | Buy | 6-03 | J | | |
| 183. - Fidelity Small Cap Stock Mutual Fund (X) | A | Dividend | J | T | Buy | 7-27 | J | | |
| 184. - Fidelity Total Bond Mutual Fund (X) | A | Dividend | J | T | Buy | 2-24 | J | | |
| 185. - Fidelity Total Bond Mutual Fund (X) | A | Dividend | J | T | Buy | 6-03 | J | | |
| 186. - Fidelity Total Bond Mutual Fund (X) | A | Dividend | J | T | Buy | 7-27 | J | | |
| 187. - Oakmark Select Mutual Fund (X) | A | Dividend | J | T | Buy | 2-24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Oakmark Select Mutual Fund (X) | A | Dividend | J | T | Buy | 6-03 | J | | |
| 189. - Oakmark Select Mutual Fund (X) | A | Dividend | J | T | Buy | 7-27 | J | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 4, Line 12: The value of AMNEX, Inc. New Common Stock has fallen below the reporting threshold and will not be listed in the Financial Disclosure in the future.

Page 5, Lines 30 & 34: Fidelity Magellan Mutual Fund was sold. Proceeds were used to purchase Fidelity Export & Multinational.

Page 5, Lines 25, 26, 31, & 33: Fidelity Dividen Growth Mutual Fund was partially sold. Proceeds were used to purchase Fidelity Canada, Fidelity Balanced, & Fidelity Diversified International.

Page 6, Line 37: The value of AMNEX, Inc. Common Stock has fallen below the reporting threshold and will not be listed in the Financial Disclosure in the future.

Page 8, Line 71: Fidelity Select Computers was listed incorrectly as fully redeemed on the 2004 Financial Disclosure. It was partially redeemed, leaving a gross value at the end of the 2004 reporting period of J.

Page 8, Lines 76 - 87: All holdings in this Smith Barney account were transferred to Fidelity Investments (lines 89 - 119). This Smith Barney account has been closed and will not be listed on the Financial Disclosure in the future.

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/06/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign _____ Date_____7-06-06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544